UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY M. BOYD,<br>    Plaintiff,<br>v.<br><br>CHATHAM COUNTY SHERIFF'S<br>DEPARTMENT; CRISTOPH<br>BOATWRIGHT, *CNT*; TAMMY<br>STOKES, *Judge*; KEVIN STREET,<br>*Judge*; JAMES BASS, *Judge*; LARRY<br>CHISHOLM, *District Attorney*;<br>JEROME ROTHSCHILD, *Assistant<br>District Attorney*;<br>    Defendants. | Case No. CV411-262 |

## ORDER

Let a copy of this Report and Recommendation be served upon plaintiff and counsel for defendants. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than November 15, 2011. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable B. Avant Edenfield, United States District Judge, on November 16, 2011. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this __1st__ day of November, 2011.

                                                 _/s/ G. R. Smith_
                                                 UNITED STATES MAGISTRATE JUDGE
                                                 SOUTHERN DISTRICT of GEORGIA