IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY M. BOYD,           )
                           )
    Plaintiff,             )
                           )
v.                         )   CASE NO. CV411-262
                           )
CHATHAM COUNTY SHERIFF'S   )
DEPARTMENT, et al.,        )
                           )
    Defendants.            )
                           )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 14), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 8th day of February 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA